JS-6

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (510) 970-4809
    Facsimile: (415) 744-0134
    Email: Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VIRGINIA ESPARZA,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:21-cv-06695-AGR<br><br>**JUDGMENT** |

1 | Having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

DATED: February 4, 2022

*Alicia G. Rosenberg*

HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE